EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 12 2005

at __11__ o'clock and __25__ min. __M__
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR05-00031 HG |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §841] |
| RUBEN VAZQUEZ MARIN, also known as Roberto Hernandez-Carillo, | |
| Defendant. | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about December 21, 2004, in the District of Hawaii, and elsewhere, defendant RUBEN VAZQUEZ MARIN, also known as Roberto Hernandez-Carillo, knowingly and intentionally distributed 500 grams or more of a mixture and substance

containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, approximately four pounds, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 2

The Grand Jury further charges:

On or about December 23, 2004, in the District of Hawaii, and elsewhere, defendant RUBEN VAZQUEZ MARIN, also known as Roberto Hernandez-Carillo, knowingly and intentionally distributed 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, approximately six pounds, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

//

//

//

//

DATED: January 12, 2005 at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. RUBEN VAZQUEZ MARIN,
also known as Roberto Hernandez-Carillo
Cr. No. _____
"Indictment"

3